IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA, )<br>ex rel. MICHAEL TOMLIN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ROYCO, INC. d/b/a ESRD LABORATORY, )<br>MARK GINSBURG, SCOTT GINSBURG. )<br>NATIONAL NEPHROLOGY ASSOCIATES, )<br>INC., and JEROME S. TANNENBAUM, )<br>)<br>Defendants. ) | No. 3:02-1179<br>Judge Nixon<br>Magistrate Judge Griffin |

## ORDER

Pending before the Court are Defendants National Nephrology Associates, Inc. and Jerome S. Tannenbaum's Notice of Filing in Further Support of Their Request for Attorneys' Fees, Costs, Expenses and Injunctive Relief (Doc. No. 121) and Defendant Mark Ginsburg's Notice of Filing in Further Support of his Request for Attorneys' Fees, Costs, Expenses and Injunctive Relief (Doc. No. 122) (collectively, "Defendants"). On March 30, 2010, Magistrate Judge Griffin issued a Report and Recommendation ("Report") recommending that Defendants' Motions be denied, Defendants be permitted to file (or refile) Bills of Costs in compliance with Local Rule 54.01, and any future lawsuits filed in this Court by the plaintiff against any of the Defendants or any associated persons or entities be assigned to the District Judge or Magistrate Judge currently assigned to this case, and that, if any such lawsuits are filed in this Court in the future, Plaintiff Michael Tomlin ("Plaintiff") shall be

required to provide notification to the Clerk to that effect. (Doc. No. 130.) No written objections to the Report were filed. The Court hereby finds the Report to be well-taken and **ADOPTS** it in its entirety. Defendants' Motions are **DENIED**, except Defendants are **PERMITTED** to file (or refile) Bills of Costs in compliance with Local Rule 54.01, and Plaintiff is **REQUIRED** to provide notification to the Clerk if he files any lawsuits in this Court against Defendants or associated persons or entities, and such lawsuits **SHALL** be assigned to the District Judge or Magistrate Judge currently assigned to this case.

It is so ORDERED.

Entered this 26th day of April, 2010.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT